JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**JESSE RASSO,**

**Plaintiff,**

**v.**

**THE HOME DEPOT and DOES 1 – 20, inclusive,**

**Defendants.**

**Case No. 5:25-cv-00689-FWS-SP**

**JUDGMENT**

In this case, Plaintiff Jesse Rasso alleges claims against Defendant Home Depot U.S.A., Inc. (“Home Depot”) related to a May 2, 2022, slip and fall at a San Bernardino Home Depot store. (*See* Dkt. 12 (First Amended Complaint).) The matter came before the court through two motions: Home Depot’s Motion for Summary Judgment, (Dkt. 28), and Plaintiff’s Motion to Withdraw Deemed Admissions, (Dkt. 29). On August 31, 2026, the court denied Plaintiff’s Motion to Withdraw Deemed Admissions and granted Home Depot’s Motion for Summary Judgment. In accordance with the court’s

August 31, 2026, Order, the court **ENTERS JUDGMENT** in this case in favor of Home Depot and against Plaintiff. Plaintiff shall take nothing on his claims against Home Depot in this case.

**IT IS SO ORDERED.**

DATED: August 31, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE